IN THE MATTER OF THE GUARDIANSHIP OF V.A.S. AND C.S.

December 8, 1987.

Petition for certification denied.

SHERRI BASTRESS AND DONNA BASTRESS v.
DWAYNE BASTRESS.

December 8, 1987.

Petition for certification denied.

UNIFOIL CORPORATION v. CNA INSURANCE COMPANIES.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. TIMOTHY PHIPPS.

December 8, 1987.

Petition for certification denied.